PARAMOUNT HOTEL CORPORATION, Respondent, v. JOHN J. GLYNN and Another, as Administrators, etc., of the Estate of ARNOLD ROTHSTEIN, Deceased, Appellants. — The certificate required by section 1499 of the Civil Practice Act should be filed with this court. The court granted the motion but the certificate has not been printed in the record. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THEOPHILUS J. HAWKER and Others, Respondents, v. COLUMBIA CASUALTY COMPANY, Appellant.— Order modified by reducing amount for which judgment was ordered to the sum of $6,360, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW WILLIAMS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of WILLIAM H. STERNBERG, Appellant, for a Peremptory Mandamus Order against JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of EDNA L. HOFFMANN, Appellant, for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent, to Permit Petitioner to Inspect the Stock Book of the Bank of United States, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BESSIE SWISHER, Respondent, v. GROVER C. SWISHER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., Required for an Addition to Fort Washington Park, Bounded by Fort Washington Park, the Right of Way of the New York Central Railroad, Dyckman Street, Staff Street, and Riverside Drive on its Southerly Side, Adjoining the Right of Way of the New York Central Railroad, etc., Subject to the Rights of the New York Central Railroad as Set Forth.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

HYMAN L. NOVAK and SAMUEL S. MANHEIM, Respondents, v. W. A. HARRIMAN & Co., INC., Appellant, Impleaded with Others, Defendants. — Order modified by providing that plaintiffs furnish the information called for in items 4, 5, 6 and 7 of the notice of motion in the event that they acquire it on or before the commencement of the trial, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.